UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

RODERICK JONES,    CASE NO. CASE NO. 16-20570-CIV-SEITZ/TURNOFF

    Plaintiff,

vs.

LIFE INSURANCE COMPANY OF NORTH AMERICA,

    Defendant.        /

## JOINT NOTICE OF SETTLEMENT

COMES NOW, Plaintiff, RODERICK JONES and Defendant, LIFE INSURANCE COMPANY OF NORTH AMERICA by and through their undersigned counsel and pursuant to Southern District of Florida *Local Rule* 16.2 (f)(2), *S.D. Fla. L. R.*, hereby notify the Court that the parties to this action have reached a confidential settlement of this matter and anticipate filing a stipulated dismissal with prejudice in the near future.

Dated: May 19, 2016

By: /s/ Alexander Palamara
ALEXANDER PALAMARA, ESQ.
Fla. Bar No. 37170
DELL & SCHAEFER, CHARTERED
Attorneys for Plaintiff
2404 Hollywood Blvd
Hollywood, FL 33020
Ph: (954) 620-8300
Fax :(800) 380-6151
alex@diattorney.com

Dated: May 19, 2016

By:   /s/ Sherril M. Colombo
SHERRIL M. COLOMBO, ESQ
Fla. Bar No. 948799
LITTLER MENDELSON
Attorneys for Defendant
Wells Fargo Center
33 SE 2nd Ave, Suite 2700
Miami, FL 33131
Ph.: (305) 400-7527
Fax:  (305) 603-2552
scolombo@littler.com