UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**RODERICK JONES,**

       Plaintiff,

   vs.                                   Case No. 1:16-cv-20570-PAS

**LIFE INSURANCE COMPANY
OF NORTH AMERICA,**

       Defendant.
_____/

### JOINT STIPULATION OF DISMSSAL WITH PREJUDICE

Plaintiff, RODERICK JONES, and Defendant, LIFE INSURANCE COMPANY OF NORTH AMERICA, through their respective undersigned counsel, hereby stipulate based on the settlement reached by the Plaintiff and the Defendant in the above-captioned action, all claims be dismissed with prejudice with each party to bear its own attorneys' fees and costs.

This 9th day of June, 2016.

| | |
|---|---|
| By: */s/ Alexander Palamara*<br>Alexander Palamara, Esq.<br>Florida Bar No.: 37170<br>Email:   Alex@diattorney.com<br>DELL AND SCHAEFER, CHARTERED<br>2404 Hollywood Boulevard<br>Hollywood, FL 33020<br>Telephone:  (954) 620-8300<br>Facsimile:   (800) 380-6151<br><br>*Attorneys for Plaintiff*<br>RODERICK JONES | By: */s/  Sherril Colombo*<br>Sherril M. Colombo, Esq.<br>Florida Bar No.: 948799<br>Email:   SColombo@littler.com<br>LITTLER MENDELSON, P.C.<br>Wells Fargo Center<br>333 SE 2nd Avenue, Suite 2700<br>Miami, FL  33131<br>Telephone:  305.400.7500<br>Facsimile:   305.675.8497<br><br>*Attorneys for Defendant*<br>LIFE INSURANCE COMPANY OF NORTH AMERICA |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 9th day of June, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* identified on the attached Service List in the matter specified either via transmission of notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: */s/ Sherril Colombo*
Sherril Colombo, Esq.